## UNITED STATES COURT OF INTERNATIONAL TRADE

```
                                              x
                                              :
DATONG JUQIANG ACTIVATED CARBON               :
CO., LTD. and DATONG JUQIANG                  :
ACTIVATED CARBON USA, LLC                     :
                                              :
                    Plaintiffs,               :    Court No. 23-00267
                                              :
       v.                                     :
                                              :
UNITED STATES,                                :
                                              :
                    Defendant.                :
                                              x
```

TO:     The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                 **/s/ Mario Toscano**
                                                   Clerk of the Court

1. <u>Name and standing of plaintiffs:</u> Plaintiffs in this action are Datong Juqiang Activated Carbon Co., Ltd. and Datong Juqiang Activated Carbon USA, LLC. As foreign manufacturers and exporters of the subject merchandise from China, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(a), who were parties to the proceeding that led to the determination being challenged. Plaintiffs participated in the proceeding through the submission of questionnaire responses and written arguments. As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(1)(d).

2. <u>Brief description of the contested determination:</u> The contested determination is the U.S. Department of Commerce's *Certain Activated Carbon From the People's Republic of China*: *Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2021-2022*, 88 Fed. Reg. 77553 (Nov. 13, 2023). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the date of mailing of the determination and is timely filed pursuant to 19 U.S.C. § 1561(a)(2)(A).

3. <u>Effective date of determination:</u> November 13, 2023.

4. <u>Date of publication in the Federal Register of the contested determination:</u> November 13, 2023.

                                                   Respectfully submitted,

                                                   <u>*/s/ Francis J. Sailer*</u>
                                                   Francis J. Sailer
                                                   Jordan C. Kahn
                                                   William F. Marshall*

                                                   GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

                                                   1201 New York Ave., NW, Suite 650
                                                   Washington, DC 20005
                                                   (202) 783-6881
                                                   -and-
                                                   *599 Lexington Ave FL 36
                                                   New York, NY 10022
                                                   (212)557-4000

Dated: December 13, 2023

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230


Date: December ___, 2023                        By: <u>The Honorable Mario Toscano</u>
                                                                        <u>Clerk of the Court</u>