**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 7A

Datong Juqiang Activated Carbon Co., Ltd. and
Datong Juqiang Activated Carbon USA, LLC,

                                          Plaintiff,                              23-00267
                                                                    Court No.
                        v.
United States,

                                          Defendant.

## NOTICE OF DISMISSAL

     **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: January 12, 2024
_____

                                   Jordan C. Kahn
                                   _____
                                                  Attorney for Plaintiff
                                   1201 New York Ave. NW, Suite 650
                                   _____
                                                  Street Address
                                   Washington, DC 20005
                                   _____
                                              City, State and Zip Code
                                   (202) 783-6881
                                   _____
                                                  Telephone No.

                        Order of Dismissal

     This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: January 12, 2024
_____

                                   Clerk, U. S. Court of International Trade

                                   By: /s/ Jason Chien
                                       _____
                                              Deputy Clerk